**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Gene Schmidt and Cheryl Schmidt, husband and wife, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER OF DISMISSAL** |
| vs. | ) ) ) | Case No. 1:08-cv-029 |
| Central Credit Services, Inc., a Florida corporation, d/b/a Central Credit Services, d/b/a CCS, | ) ) ) ) | |
| Defendant. | ) | |

Before the Court is a "Motion for Dismissal With Prejudice" filed by the plaintiff on April 22, 2008 (Docket No. 9). The plaintiff informs the Court that the parties have settled the case. The Court **GRANTS** the plaintiff's motion and **ORDERS** that the case be dismissed with prejudice, and without costs or disbursements to either party.

Dated this 23rd day of April, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court